O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAVIER OMAR DURAZO-MIRANDA.

    Petitioner,

v.

ACTING WARDEN, FCI-TERMINAL ISLAND,

    Respondent.

Case No. 2:26-cv-01792-WLH-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that judgment be entered denying the Petition.

DATED: April 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1