JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER OMAR DURAZO-MIRANDA. | Case No. 2:26-cv-01792-WLH-KES |
| Petitioner, | **JUDGMENT** |
| v. | |
| ACTING WARDEN, FCI-TERMINAL ISLAND, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied.

DATED:  April 29, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1