UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER OMAR DURAZO-MIRANDA,<br>Petitioner,<br>v.<br>ACTING WARDEN, FCI-TERMINAL ISLAND,<br>Respondent. | Case No. 2:26-cv-01792-WLH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge. Further, following Petitioner's successful motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) (Dkt. 13, 15), the Court has engaged in a *de novo* review of those portions of the R&R (Dkt. 3) to which objections (Dkt. 12) have been made. Petitioner is incorrect in asserting that a conviction under 18 U.S.C. § 751(a) is not enumerated as a First Step Act credit-disqualifying offense under 18 U.S.C. § 3632(d)(4)(D)(xiv). Disqualifying offenses under that statute specifically includes convictions under 18 U.S.C. § 751 "relating to prisoners in custody of an institution or officer."

18 U.S.C. § 3632(d)(4)(D)(xiv).

Thus, the Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that judgment be entered denying the Petition.

DATED: July 30, 2026

Hon. Wesley L. Hsu
UNITED STATES DISTRICT JUDGE