UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER OMAR DURAZO-MIRANDA,<br>Petitioner,<br>v.<br>ACTING WARDEN, FCI-TERMINAL ISLAND,<br>Respondent. | Case No. 2:26-cv-01792-WLH-KES<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied.

DATED: July 30, 2026

Hon. Wesley L. Hsu
UNITED STATES DISTRICT JUDGE